DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MO PEGANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0006 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: November 20, 2014<br>TIME: 9:00 AM |
| MO PEGANY, | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jared Dolan, Assistant U.S. Attorney, and defendant Mo Pegany, by and through his attorney, Dan Koukol, that the Judgment and Sentencing hearing of November 20, 2014 be vacated and that a Judgment and Sentencing hearing be set for December 11, 2014 at 9:00 AM.

This continuance is being requested because the defendant respectfully requests that Judge England handle sentencing in that Judge England is familiar with the procedural background and the sentences imposed for several codefendants.

//

//

//

-1-

DATED: NOVEMBER 17, 2014        Respectfully submitted,

/s/ DAN KOUKOL
_____
Dan Koukol
Attorney for defendant Mo Pegany


DATED: NOVEMBER 17, 2014        Respectfully submitted,

/s/ DAN KOUKOL FOR JARED DOLAN
_____
Jared Dolan
Assistant U.S. Attorney

**ORDER**

The Judgment and Sentencing hearing in the above-entitled matter, scheduled for November 20, 2014, is vacated and the matter continued to December 11, 2014 at 9:00 AM for Judgment and Sentencing.

IT IS SO ORDERED.

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT