UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MO PEGANY,<br><br>　　　　　Defendant. | No. 2:13-cr-00006-MCE-4<br><br><br>**ORDER** |

　　　　On January 10, 2013, Defendant Mo Pegany ("Defendant") was indicted on four counts of Mail Fraud in violation of 18 U.S.C. § 1341.  ECF No. 1.  On January 16, 2013, a magistrate judge ordered Defendant released on a $25,000 unsecured appearance bond with pretrial supervision and conditions.  ECF No. 16.  As a condition to his release, Defendant surrendered his U.S. passport.

　　　　On May 22, 2014, Defendant pled guilty to one count of Mail Fraud as charged in the indictment.  ECF No. 143.  On December 11, 2014, the Court sentenced Defendant to a thirty-six (36) month term of probation.  ECF Nos. 187-88.  On January 8, 2015, Defendant filed the instant Motion for Return of Property ("Motion"), ECF No. 190, through which Defendant seeks the return of his passport from the Clerk.

///

///

According to the docket, Defendant's passport was returned to the U.S. Department of State prior to the filing of the Motion. ECF No. 189. Thus, the Court cannot order the Clerk to return Defendant's passport and the Motion for Return of Property, ECF No. 190, is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: January 26, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT